**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Donna Boyd, Appellant.

Appellate Case No. 2014-001853

---

Appeal From Greenville County
D. Garrison Hill, Circuit Court Judge

---

Unpublished Opinion No. 2016-UP-299
Submitted February 1, 2016 – Filed June 15, 2016

---

**AFFIRMED**

---

J. Falkner Wilkes, of Greenville, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia; and Solicitor William Walter Wilkins, III, of Greenville, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 18-3-10 (2014) ("Every person convicted before a magistrate of any offense whatever and sentenced may appeal from the sentence to

the Court of Common Pleas for the county."); *State v. Oxner*, 391 S.C. 132, 134, 705 S.E.2d 51, 51-52 (2011) (mandating criminal appellate proceedings in the circuit court must be in accordance with the South Carolina Rules of Civil Procedure); Rule 41(b), SCRCP ("For failure of the plaintiff to prosecute or to comply with [the South Carolina Rules of Civil Procedure] or any order of court, a defendant may move for dismissal of an action or of any claim against him."); *State v. Porter*, 389 S.C. 27, 37, 698 S.E.2d 237, 242 (Ct. App. 2010) ("The general rule of issue preservation is if an issue was not raised to and ruled upon by the trial court, it will not be considered for the first time on appeal."); *id.* at 38, 698 S.E.2d at 242 ("Imposing this preservation requirement is meant to enable the trial court to rule properly after it has considered all the relevant facts, law, and arguments."); *State v. Bailey*, 368 S.C. 39, 43-44, 626 S.E.2d 898, 900 (Ct. App. 2006) (holding it is inappropriate for the court of appeals to address an issue because it was never raised to the circuit court on appeal and a petition for rehearing was not filed); *State v. Sosebee*, 284 S.C. 411, 413, 326 S.E.2d 654, 655 (1985) (stating when a party does not object to an alleged error by the circuit court so the circuit court has an opportunity to correct the alleged mistake, the issue is not preserved for appellate review).

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.